UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil No.
**Number** 14mc91022-FDS

### ST. JUDE MEDICAL S.C., Inc.

v.

### BIOTRONIK, Inc.

RECUSAL ORDER

January 27, 2014

SOROKIN, C.M.J.

Pursuant to 28 U.S.C. § 455(b)(4), I hereby recuse myself from this case and direct that the Clerk assign another Magistrate-Judge to this case.

                                                   /s/ Leo T. Sorokin
                                                   LEO T. SOROKIN
                                                   United States Magistrate Judge