UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ST. JUDE MEDICAL S.C., INC.,<br><br>    Plaintiff<br><br>v.<br><br>BIOTRONIK, INC.,<br><br>    Defendant<br><br>BOSTON SCIENTIFIC CORP.,<br><br>    Third Party | Civil Action No. 1:14-mc-91022-FDS<br><br>(Relating to Case No. 1:12-cv-23466-SEITZ/SIMONTON, pending in the United States District Court for the Southern District of Florida) |

**THIRD PARTY BOSTON SCIENTIFIC CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and D. Mass. Local Rule 7.3, Third Party Boston Scientific Corporation states as follows: Boston Scientific Corporation has no parent corporation and no publicly held company owns 10% or more of its stock.

    Respectfully submitted,

    BOSTON SCIENTIFIC CORP.

    By its attorneys,

    /s/ Timothy D. Johnston
    Terence P. McCourt, BBO #555784
    Timothy D. Johnston, BBO #647894
    GREENBERG TRAURIG, LLP
    One International Place
    Boston, MA  02110
    Tel:  (617) 310-6000
    Fax:  (617) 310-6001
    johnstont@gtlaw.com

|  |  |
|---|---|
|  | FAEGRE BAKER DANIELS LLP |
|  | Robert L. Schnell, Jr. |
|  | *robert.schnell@faegreBD.com* |
|  | Hanna L. Terhaar |
|  | *hanna.terhaar@faegreBD.com* |
|  | 2200 Wells Fargo Center |
|  | 90 South Seventh Street |
|  | Minneapolis, MN  55402-3901 |
| DATED:  February 6, 2014 | (612) 766-7000 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicted as non registered participants on February 6, 2014.

/s/ Timothy D. Johnston
Timothy D. Johnston