# Rose, Chinitz & Rose

COUNSELLORS AT LAW

ONE BEACON STREET, 23RD FLOOR
BOSTON • MASSACHUSETTS • 02108
www.rose-law.net

ALAN D. ROSE
MICHAEL L. CHINITZ
ALAN D. ROSE, JR.
MEREDITH WILSON DOTY
JUDITH R. SIZER
R. VICTORIA FULLER
LEIGH C. CAMPBELL
BRIAN D. LIPKIN

TEL: 617/536-0040
FAX: 617/536-4400

March 14, 2014

**By ECF**

Hon. Robert B. Collings
United States Magistrate Judge
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: JMA, Inc., St. Jude's Medical S. C. Inc., et al. v. Biotronik, Inc.
USDC Florida, Miami Division, C.A. No. 1:12-cv-23466-PAS

Your Honor:

In accordance with docket entry 36, enclosed please find correspondence between Biotronik SE & Co. KG, and Biotronik GmbH & Co. KG ("Biotronik Germany"). Leave to file this correspondence was granted today, March 14, 2014.

Thank you for your cooperation.

Very truly yours,

Alan D. Rose

ADR/mct
Enclosure

Cc: All Counsel of Record

# SantiniLaw

1001 Brickell Bay Drive
Suite 2650
Miami, FL 33131
305-372-7307
www.santinilawfirm.com

March 7, 2014

**Via Overnight Mail**

Gregg H. Metzger
Christina DeAngelis
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd
Miami, FL 33131

Re: <u>JMA, Inc. et al. v. Biotronik, Inc.</u>
    **(Case No. 1:12-cv-23466)**

Dear Gregg and Christina:

Enclosed are copies of Sean Donahue's February 11 request to Biotronik SE & Co. KG and Biotronik GmbH & Co. KG (collectively, "Biotronik Germany"), pursuant to the Court's Order Following Discovery Conference [DE 91], and Biotronik Germany's responses thereto, dated February 20 and March 4.

Please let me know if you have any questions.

Sincerely,

Sean R. Santini

cc: Sean Donahue (w/encls.)

Enclosures

DONAHUE & ASSOCIATES
Attorneys at Law
1625 Umpqua Bank • One SW Columbia Street
Portland, Oregon 97258-2021
Phone: 503-226-1084 • Fax: 503-227-6366 • E-mail: sean.donahue@biotronik.com

SEAN DONAHUE

February 11, 2013

**By E-mail**

Ms. Katy Herbst
Legal Counsel
BIOTRONIK SE & Co. KG
BIOTRONIK GmbH & Co. KG
Woermannkehre 1
12359 Berlin, Germany

      Re:   *JMA, Inc., et al. v. Biotronik, Inc.*
             USDC, Southern District of Florida Case No. 1:12-cv-23466-PAS

Dear Katy:

Last week, during a discovery hearing before the Magistrate Judge, I was directed to request that Biotronik GmbH & Co. KG and Biotronik SE & Co. KG (collectively, "Biotronik Germany") conduct computer searches using the following ESI search terms and to produce all responsive documents from January 1, 2006 to the present:

      "supply agreement";
      "supply contract";
      "re-label";
      "relabel";
      "re-brand";
      "rebrand"

and any variations of these last four search terms using "ing" and "-ed" suffixes. These search terms must be limited by the following qualifiers:

      "Boston Scientific";
      "Guidant";
      "CPI";
      "Cardiac Pacemakers, Inc.";
      "Sorin" and/or "ELA".

The Court advised that documents having nothing to do with the State of Florida (by way of example, documents relating to sales in China) or pre-dating January 1, 2006 need not be produced.

Ms. Katy Herbst
February 11, 2014
Page 2

    The Magistrate Judge also directed me to request from Biotronik Germany all documents that are responsive to the following discovery requests (again, documents having nothing to do with the State of Florida or pre-dating January 1, 2006 need not be produced):

  17.  All agreements relating to "OEM" sales of Biotronik-manufactured CRM medical devices to CRM companies other than Biotronik, such as, but not limited to, the OEM sales contemplated by the May 18, 2011 Memorandum from Marlou Janssen to "Biotronik Sales Force and Employees", a copy of which is attached hereto as Exhibit "1".

  18.  All correspondence between Biotronik, Inc. and Biotronik SE & Co. KG relating to "OEM" sales of Biotronik-manufactured CRM medical devices to CRM companies other than Biotronik, such as, but not limited to, the OEM sales contemplated by the May 18, 2011 Memorandum from Marlou Janssen to "Biotronik Sales Force and Employees", a copy of which is attached hereto as Exhibit "1".

  20.  All correspondence between Biotronik SE & Co. KG and CRM companies other than Biotronik relating to "OEM" sales of Biotronik-manufactured CRM medical devices to CRM companies other than Biotronik, such as, but not limited to, the OEM sales contemplated by the May 18, 2011 Memorandum from Marlou Janssen to "Biotronik Sales Force and Employees", a copy of which is attached hereto as Exhibit "1".

  22.  All correspondence between Biotronik SE & Co. KG and hospitals, physicians or any other hospital accounts relating to "OEM" sales of Biotronik-manufactured CRM medical devices to CRM companies other than Biotronik, such as, but not limited to, the OEM sales contemplated by the May 18, 2011 Memorandum from Marlou Janssen to "Biotronik Sales Force and Employees", a copy of which is attached hereto as Exhibit "1".

  24.  All correspondence between Biotronik SE & Co. KG and any member of the Biotronik sales force or any such member's counsel relating to "OEM" sales of Biotronik-manufactured CRM medical devices to CRM companies other than Biotronik, such as, but not limited to, the OEM sales contemplated by the May 18, 2011 Memorandum from Marlou Janssen to "Biotronik Sales Force and Employees", a copy of which is attached hereto as Exhibit "1," including, but not limited to, demand letters or other legal correspondence.

  26.  All correspondence between Biotronik SE & Co. KG and any Biotronik sales manager or any such manager's counsel relating to "OEM" sales of Biotronik-manufactured CRM medical devices to CRM companies other than Biotronik, such as, but not limited to, the OEM sales contemplated by the May 18, 2011 Memorandum from Marlou Janssen to "Biotronik Sales Force and Employees", a copy of which is attached hereto as Exhibit "1," including, but not limited to, demand letters or other legal correspondence.

Ms. Katy Herbst
February 11, 2014
Page 3

29. ~~All internal correspondence of Biotronik SE & Co. KG relating to "OEM" sales of Biotronik~~ manufactured CRM medical devices to CRM companies other than Biotronik, such as, but not limited to, the OEM sales contemplated by the May 18, 2011 Memorandum from Marlou Janssen to "Biotronik Sales Force and Employees", a copy of which is attached hereto as Exhibit "1".

30. All correspondence between Biotronik SE & Co. KG and Kenyon Wells relating to "OEM" sales of Biotronik-manufactured CRM medical devices to CRM companies other than Biotronik, such as, but not limited to, the OEM sales contemplated by the May 18, 2011 Memorandum from Marlou Janssen to "Biotronik Sales Force and Employees", a copy of which is attached hereto as Exhibit "1," including, but not limited to, demand letters or other legal correspondence.

32. All correspondence between Biotronik SE & Co. KG and Michael Carey relating to "OEM" sales of Biotronik-manufactured CRM medical devices to CRM companies other than Biotronik, such as, but not limited to, the OEM sales contemplated by the May 18, 2011 Memorandum from Marlou Janssen to "Biotronik Sales Force and Employees", a copy of which is attached hereto as Exhibit "1," including, but not limited to, demand letters or other legal correspondence.

Finally, I have also been directed to request all documents in Biotronik Germany's possession that are responsive to Requests for Production Nos. 1 - 22 in St. Jude's Second Request for Production of Documents. A copy of these requests is attached. As with the searches described above, Biotronik Germany need not produce documents having nothing to do with the State of Florida or pre-dating January 1, 2006.

**The Court has ordered me to produce all documents that may be responsive to these requests by March 7, 2014.** In the event you have questions concerning the Magistrate Judge's ruling, please call me.

Very truly yours,

DONAHUE & ASSOCIATES

Sean Donahue

SD:bjf
cc:   Sean Santini (by e-mail)
biotronik\lapadula\usdcflitigation\herbstletter2-11-14.doc

**Antwort: Fw: JMA, Inc. et al. v. Biotronik, Inc.**
to: Sean Donahue                                    03/04/2014 02:03 AM
cc: ssantini

Sean,

As requested by the court we did an extensive search of documents with the limitation to Florida and limited in time from 2006 until today. I would like to inform you that we did not get any results.

Regards,
Katy

---

i. V. / p.p. Katy Herbst
Justiziarin / Senior Legal Counsel

BIOTRONIK SE & Co. KG
Woermannkehre 1
12359 Berlin, Germany
Phone: +49 (0) 30 68905-2310
Fax: +49 (0) 30 68905-96-2300
Mail: katy.herbst@biotronik.com

| Katy Herbst | Sean, please excuse my late answer but I was not in... | 20.02.2014 11:38:31 |

Von:     Katy Herbst/BIO-DE/MDB/MSC
An:      Sean Donahue/BIOS-US/MDB/MSC@BIOTRONIK
Kopie:   ssantini@santinilawfirm.com
Datum:   20.02.2014 11:38
Betreff: Antwort: Fw: JMA, Inc. et al. v. Biotronik, Inc.

Sean, please excuse my late answer but I was not in the office for several days.

Although neither German company is a party to this case as BIOTRONIK SE & Co. KG has been dismissed, I understand the request of the court. Out of a spirit of cooperation, we will run the searches as directed by the magistrate judge (limited to the State of Florida and dated from January 1, 2006 to the present).

But please be aware that BIOTRONIK Germany is not prepared to release and disclose any confidential or proprietary information to SJM or to its counsel.

Kind regards,
Katy

---

i. V. / p.p. Katy Herbst
Justiziarin / Senior Legal Counsel

BIOTRONIK SE & Co. KG
Woermannkehre 1
12359 Berlin, Germany
Phone: +49 (0) 30 68905-2310
Fax: +49 (0) 30 68905-96-2300
Mail: katy.herbst@biotronik.com

| Sean Donahue | Katy, please see the attached correspondence. Sea... | 11.02.2014 20:44:26 |

Von: Sean Donahue/BIOS-US/MDB/MSC
An:  Katy Herbst/BIO-DE/MDB/MSC@BIOTRONIK

Kopie: ssantini@santinilawfirm.com
Datum: 11.02.2014 20:44
Betreff: Fw: JMA, Inc. et al. v. Biotronik, Inc.

Katy, please see the attached correspondence.
Sean Donahue

----- Forwarded by Sean Donahue/BIOS-US/MDB/MSC on 02/11/2014 11:35 AM -----

From: Sean Donahue/BIOS-US/MDB/MSC
To: Katy Herbst/BIO-DE/MDB/MSC@BIOTRONIK,
Cc: ssantini@santinilawfirm.com
Date: 02/11/2014 11:17 AM
Subject: JMA, Inc. et al. v. Biotronik, Inc.

Katy, please see the attached correspondence.
Sean Donahue[Anhang "HerbstLtr2-11-14.pdf" gelöscht von Katy Herbst/BIO-DE/MDB/MSC]